UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BUSTAMANTE,<br><br>        Petitioner,<br><br>v.<br><br>S. GARCIA,<br><br>        Respondent. | Civil No. 03-CV-276-L(CAB)<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION**<br>**[doc. #68]** |

     Petitioner seeks an additional 60 days in which to file his objections/response to the magistrate judge's Report and Recommendation filed on June 25, 2007 [doc. #67]. Petitioner had been directed to file his objections not later than July 25, 2007. Petitioner contends that he relies on the assistance of James W. Brammer, a non-lawyer, in preparing all of his legal work with the exception of petitioner's opening and reply briefs filed before the Ninth Circuit Court of Appeals. The assistance of Mr. Brammer requires additional time for preparation according to petitioner because of the lengthy time for mail service and the large volume of pleadings to be reviewed.

     Good cause appearing, **IT IS ORDERED** granting petitioner's application for extension of time in which to file his objections/response to the magistrate judge's Report and

. . .

. . .

03cv276

1 | Recommendation.  Petitioner shall file his objections/response on or before September 25, 2007.
2 | **IT IS SO ORDERED.**
3 | DATED: July 19, 2007
4 |
5 | _____
M. James Lorenz
United States District Court Judge
6 | COPY TO:
7 | HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE
8 |
9 | ALL PARTIES/COUNSEL